**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clifton Lamar DODD, a.k.a. Cliff Dodd, Defendant–Appellant.**

**No. 12–10285**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 1, 2013.

Ramona Albin, Michael B. Billingsley, Ryan K. Buchanan, Jenny Lynn Smith, Joyce White Vance, Michael Wayne Whisonant, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Gregory J. Reid, Law Office of Gregory J. Reid, PC, Warrior, AL, Clifton Lamar Dodd, Oakdale, LA, for Defendant–Appellant.

Before HULL, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Gregory Reid, appointed counsel for Clifton Dodd in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dodd's convictions and sentences are **AFFIRMED.**